1  DAYLE ELIESON
   United States Attorney
2  DEBORAH LEE STACHEL
   Regional Chief Counsel, Region IX
3  Social Security Administration
   MICHAEL K. MARRIOTT, CSBN 280890
4  Special Assistant United States Attorney
       160 Spear Street, Suite 800
5      San Francisco, California 94105
       Telephone: (415) 977-8985
6      Facsimile: (415) 744-0134
       E-Mail: Michael.Marriott@ssa.gov
7
8  Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

## LAS VEGAS DIVISION

| | |
|---|---|
| APRIL BEYRENT, | Case No: 2:17-cv-02446-JAD-CWH |
| Plaintiff | |
| v. | **STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS MOTION TO AFFIRM** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | **(First Request)** |
| Defendant. | |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, hereby requests an extension of time of thirty days from May 3, 2018 to June 4, 2018, to prepare and file her cross motion to affirm.  This is the Commissioner's first request for an extension.

Defendant respectfully requests this extension of time because a very heavy workload, as well as an upcoming extended vacation to Taiwan from May 2 through May 19, 2018.

-1-

On May 1, 2018, Plaintiff's counsel informed Defendant by email that he had no objection to this extension.

Respectfully submitted,

Date: May 1, 2018　　　　　　LAW OFFICES OF LAWRENCE D. ROHLFING

By: /s/* Cyrus Safa
　　CYRUS SAFA
　　*authorized by email May 1, 2018

Attorneys for Plaintiff

Date: May 1, 2018　　　　　　DAYLE ELIESON
　　　　　　　　　　　　　　United States Attorney

By: /s/ Michael K. Marriott
　　MICHAEL K. MARRIOTT
　　Assistant Regional Counsel

Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

IT IS SO ORDERED.

DATE: May 2, 2018

HONORABLE CARL W. HOFFMAN
United States Magistrate Judge

-2-

# CERTIFICATE OF SERVICE

I, Michael K. Marriott, hereby certify that I caused a copy of Stipulation for Extension of Time to File Defendant's Cross Motion to Affirm to be served, via CM/ECF notification, on:

    Cyrus Safa
    Law Offices of Lawrence D. Rohlfing
    12631 E. Imperial Highway, Suite C-115
    Santa Fe Springs, CA 90670

    Leonard H Stone
    Shook & Stone Chtd.
    710 S. Fourth St.
    Las Vegas, NV 89101

Date: May 1, 2018

DAYLE ELIESON
United States Attorney

By: /s/ Michael K. Marriott
MICHAEL K. MARRIOTT
Assistant Regional Counsel

Attorneys for Defendant