# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| April Beyrent, | Case No. 2:17-cv-02446-JAD-DJA |
| Plaintiff | |
| v. | **Order Adopting Report and Recommendation** |
| Nancy A. Berryhill, Acting Commissioner of Social Security Administration, | |
| | [ECF Nos. 22, 25, 29] |
| Defendant | |

Plaintiff April Beyrent brings this action to challenge the Social Security Commissioner's denial of her request for disability-insurance benefits under Title II of the Social Security Act. The magistrate judge has evaluated the briefing in this case and recommends that I deny Beyrent's motion to remand and grant the Commissioner's cross-motion to affirm that decision.[1] The deadline for objections to that recommendation passed without objection or any request to extend the deadline to file one. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2]

IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 29] is ADOPTED** in full;

IT IS FURTHER ORDERED that the Motion to Remand **[ECF No. 22] is DENIED**, and the Cross-motion to Affirm **[ECF No. 25] is GRANTED**;

---

[1] ECF No. 29.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

The Clerk of Court is directed to ENTER JUDGMENT accordingly and CLOSE THIS CASE.

Dated: August 19, 2019

_____
U.S. District Judge Jennifer A. Dorsey